

06- 85

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

# United States District Court

District OF DELAWARE

Name: Leroy Coley
Prisoner No. 274675
Case No. 9804018111

Place of Confinement: Federal Correctional Institute
P.O Box 7000
Ft. Dix, N.J 08640

Name of Petitioner (include name under which convicted): LEROY COLEY

Name of Respondent (authorized person having custody of petitioner): v. THE STATE OF DELAWARE

The Attorney General of the State of: Delaware [John Williams, ESQ]

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Kent County Superior Court, 38 The Green, Dover Delaware

2. Date of judgment of conviction: December 16, 2004

3. Length of sentence: 8 years level V suspended after 2 years; followed by 6 months Halfway House

4. Nature of offense involved (all counts): PWITD NSII; Maint. Vehicle; Improper LN. Change.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

FILED
FEB - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Supreme Court of Delaware__

   (b) Result __Remanded for Reconsideration; Affirmed__

   (c) Date of result and citation, if known __October 18, 2005__

   (d) Grounds raised __Illegal Search and Seizure; Lower Court erred in not granting Suppression__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __N/A__

   (2) Result __N/A__

   (3) Date of result and citation, if known __N/A__

   (4) Grounds raised __N/A__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __N/A__

   (2) Result __N/A__

   (3) Date of result and citation, if known __N/A__

   (4) Grounds raised __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐ No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(3)

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result _N/A_

    (6) Date of result _N/A_

(b) As to any second petition, application or motion give the same information:

    (1) Name of court _N/A_

    (2) Nature of proceeding _N/A_

    (3) Grounds raised _N/A_

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☐

    (5) Result _N/A_

    (6) Date of result _N/A_

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐   No ☐
    (2) Second petition, etc.  Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_N/A_

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Violation of Speedy Trial/IADA; Breech of Contract

Supporting FACTS (state *briefly* without citing cases or law): Petitioner sent letters in 2001-2002 asking for disposition, which are part of Court records. The State then recieved a letter from the paralegal's office on July 21, 2003. Petitioner should of been to trial by Jan. 2004 [180 days]. Petitioner did not get to trial until Oct 18, 2004. The Petitioner did not get to Delaware until Jan. 13, 2004; First case review Feb 10, 2004. The Petitioner agreed to waive his Speedy Trial at his Motion to Dismiss Hearing [Dkt. N. 39] on the condition the court wait for his co-defendant. The court agreed he could exonerate the Petitioner. The court forced the Petitioner to trial against his objections. Due to the unnecessary trial delay officer Berna "could not recall" many facts, which surely prejudiced the Petitioner.

B. Ground two: "Pretexual" Stop/Illegal Search and Seizure; The lower Court erred in denying Petitioners Motion to Suppress

Supporting FACTS (state *briefly* without citing cases or law): The lower Court erred in finding officer Berna had probable cause to stop the motor vehicle. Berna was not justified in pulling over the vehicle for an unsafe LN. change within seconds of making a pass enroute to another complaint, deciding the subjects looked "nervous". Berna testified he got behind the vehicle and waited for the vehicle to commit a traffic infraction, so he could pull the vehicle over and investigate, due to their "nervousness". The State failed to establish a reasonable articulable suspicion for Berna to continue his investigation beyond the limited scope of the intial traffic stop for an unsafe LN. change. No evidence showing Petitioner was commiting, was about to commit or had commited a crime. Petitioner was cooperative and no evidence possessed dangerous weapons.

AO 241 (Rev. 5/85)

C. Ground three: Lower Court erred in denying Petitioners acquittal motion on "Intent to Deliver" State failed to establish element of "Intent" Statements by State prejudiced Petitioner

Supporting FACTS (state briefly without citing cases or law): The States evidence as to "Intent" was insufficient. More is needed than weight and packaging. No knives, scales, etc... were found. Was not in what would be considered a known drug area. Prosecution elicited testimony from Officer Berna referring to the drugs as "a large amount" and what "drug abuser looks like", which was objected to at trial. The Officer was not deemed an expert witness and testified mental state is best left up to experts. Statements affected jury and no curative instructions were given. Prosecution was malicious and Prosecutorial misconduct occurred. Noting the seriousness, the court should of inquired generally as to whether any juror felt compelled to return verdict due to time constraints.

D. Ground four: Ineffective Assistance of Counsel

Supporting FACTS (state briefly without citing cases or law): Counsel was constitutionally ineffective for failing to raise any and all claims that substantially affected Petitioners rights, as asked. Counsel did not object to the proceeding of trial due to the fact Petitioner waived his Speedy Trial on the condition the court wait for his co-defendant whose testimony would of held great weight. Petitioner was convicted of all charges presented to the jury. Counsel failed to object to numerous comments at sentencing. Counsel failed to raise "Pretextual Stop claim" which was a constitutional violation in itself. Counsel failed to rebut Lower Courts claims and file a re-consideration, as asked. None of Counsels errors in this case can be championed as tactical decisions, but rather Counsels unfaithful "sacrifice of an unarmed prisoner to gladiators."

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: Counsel stated he would file on claims "he felt" had merit, but was asked to file on the following issues, as well

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _N/A_

(b) At arraignment and plea _N/A_

AO 241 (Rev. 5/85)

    (c) At trial _Thomas D. Donovan_

    (d) At sentencing _Thomas D. Donovan_

    (e) On appeal _Thomas D. Donovan_

    (f) In any post-conviction proceeding _N/A_

    (g) On appeal from any adverse ruling in a post-conviction proceeding _N/A_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐  No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☑
    (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_

    (b) Give date and length of the above sentence: _N/A_

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

                                                       _N/A_
                                                 Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_January 30, 2005_
    (date)

                                                    _Leroy Cely_
                                                   Signature of Petitioner

<u>PRO SE CERTIFICATE OF SERVICE</u>

I, Leroy Coley, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of DELAWARE

District Court
844 N. King St. LockBox 18
Wilmington, D.E. 19801-3570

And a true and correct copy has been furnished upon the Office of the United States Attorney for the District of DELAWARE :

John Williams, ESQ.
Department of Justice
102 West Water St.
Dover, D.E. 19904

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day 30 of January, 2005.

Leroy Coley



Roy Coley # 04183-015
Federal Correctional Institute
P.O. Box 7000
Fort Dix, N.J. 08640

U.S. POSTAGE PAID
FORT DIX, NJ
08640
FEB 02 '06
AMOUNT $0.00
00081598-06

U.S.P.S. X-RAY

CLERK OF THE COURT
District Court
844 N. King St.
Lock Box 18
Wilmington, D.E. 19801-3570