Leroy Coley #04183-025　　　　　Case # 9804018111
FCI Ft. Dix
P.O Box 7000　　　　　　　　　　　State I.D.N. 274675
Ft. Dix, N.J 08640


To: Clerk of Court　　　　　　　　　　　　06 - 85

Sir/Mas

　Please excuse the following errors on my 2254 and Memorandum in Support of:

- January 30, 2006

- John Williams ESQ
Department of Justice
102 West Water St.
Dover, D.E. 19904



Date: Feb 1, 2006　　　　　　Thank You
　　　　　　　　　　　　　　　　Leroy Coley

Lacy Cole #04183-015
Federal Correctional Institute
P.O. Box 7000
Ft. Dix, N.J. 08640

TRENTON NJ 086
03 FEB 2006 PM 2 T

CLERK OF COURT
District Court
844 N. King St.
Lock Box 18
Wilmington, D.E. 19801-3507