form 10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE  DISTRICT OF DELAWARE

06-85

STATE OF DELAWARE
~~UNITED STATES OF AMERICA~~                    } CRIMINAL ACTION
vs.
LEROY COLEY                                     } NO. 9804018111



FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

I, Leroy Coley, respectfully moves this Honorable Court, pursuant to Title 28 U.S.C. SECTION 1915, for an Order granting leave to Appeal in forma pauperis from the judgment entered on or about October 17, 2005, without prepayment of costs and fees, and without giving security therefor. The attached affidavit is filed in support of this motion.

Respectfully submitted,

Leroy Coley
FCI Ft. Dix  # 04183-015
P.O Box 7000
Ft. Dix, NJ 08640

IN THE UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF DELAWARE

STATE OF DELAWARE
~~UNITED STATES OF AMERICA~~        } CRIMINAL ACTION
vs.
LEROY COLEY                          } NO. 9804018111

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON APPEAL
## IN FORMA PAUPERIS

I, Leroy Coley, being duly sworn, depose and say that I am the defendant in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

1) Violation of Speedy trial IADA; Breach of contract  ; 2) Illegal Search and Seizure
; 3) Poss. With Intent                                 ; 4) Ineffective assistance
; 5)                                                   ; 6)
, and 7)

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

1. Are you presently employed? N/A

   a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. N/A

   b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. N/A

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? N/A

    a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months. N/A

3. Do you own any cash or checking or savings account? N/A

    a. If the answer is yes, state the total value of the items owned. N/A.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? N/A

    a. If the answer is yes, describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support and state your relationship to those persons. N/A

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties of perjury.

                                                   _Leroy Coley_

                                                   Leroy Coley 04183-015
                                                   FCI Ft. Dix
                                                   P.O. Box 7000
                                                   Ft. Dix, NJ 08640

SUBSCRIBED AND SWORN TO before me this   2   day of February, 2006

Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

                                                              District Judge

Leroy Coley #04183-015
Federal Correctional Institute
P.O Box 2000
Ft. Dix, N.J. 08640

TRENTON NJ 086
06 FEB 2006 PM 4 L

U.S.M.
X-RA

CLERK OF COURT
District Court
844 N. King St. Lock Box 18
Wilmington, D.E. 19801,3570

