Leroy Coley
FCI Ft. Dix
P.O Box 7000
Ft. Dix, N.J. 08640

Crim A. No. 98040/8111
Civil A. No. 06-85-JJF

I would like to Amend. with my Motion to Dismiss Transcripts. (Dkt. 39  3/12/04) to show factual basis for some of my claims, but I have yet to recieve them. I wrote a letter to the court requesting the transcripts. on 1-9-06.



3/2/06

Leroy Coley

CC:

Case 1:06-cv-00085-JJF    Document 7    Filed 03/08/2006    Page 2 of 2



Leroy Coley #041783-015
Federal Correctional Institute
P.O. Box 7000
Ft. Dix, N.J. 08640

Legal

OFFICE OF CLERK
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE. 19801-3570