IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY COLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-85-JJF |
| ) | |
| JOHN NASH, ) | |
| Warden, and CARL C. ) | |
| DANBERG, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |



FILED

MAR 0 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. _____ I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY COLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-85-JJF |
| ) | |
| JOHN NASH, ) | |
| Warden, and CARL C. ) | |
| DANBERG, Attorney ) | |
| General of the State ) | |
| of Delaware, ) | |
| ) | |
| Respondents. ) | |



FILED

MAR 0 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AEDPA ELECTION FORM**

1. _____ I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

                    petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

                                     */s/ Leroy Cole*
                                       Petitioner