AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-85-JJF

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*



FILED MAR 08 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

3-1-06
(Date forms issued)

(Signature of Party or their Representative)

Leroy Coley
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action