THE DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

LEROY COLEY
v.
STATE OF
DELAWARE

Crim. A. No. 9804018111
Civil A. No. 06-85-JJF


RECEIVED
MAR 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT
OF COUNSEL or AMICUS

COMES NOW, Leroy Coley, Pro Se, asks this HONORABLE COURT to grant his MOTION FOR APPOINTMENT OF COUNSEL or AMICUS for the following reasons:

① Petitioner is currently being held in a Federal Institution and has no access to State law, statues, or codes.

② Petitioner has very little knowledge of State remedies, law, statues, codes.

③ Petitioner does not have the ability to express the appropriate points of law necessary for the court to properly understand the facts necessary to warrant a proper judgement.

WHEREFORE, Petitioner prays the court grant his motion.

On this 22 day of March, 2006

*Leroy Coley*
Leroy Coley #04183-015
FCI Ft. Dix
P.O Box 7000
Ft. Dix, N.J. 08640

CC:

Leroy Cole #04183-015
Federal Correctional Institute
P.O. Box 7000
Fort Dix, N.J. 08640

Legal

TRENTON NJ 086
06 MAR 2006 PM 3 T

OFFICE OF CLERK
United States District Court
844 N. King St., Lockbox 18
Wilmington, D.E. 19801-3570