D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv85

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



JOHN NASH, WARDEN
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 38
FORT DIX, N.J. 08640