D.I. #_____

# CIVIL ACTION
# NUMBER: 06 CV 85

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

06-cv-85

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON DE 19801

7005 1820 0004 3169 6090

PS Form 3800, June 2002    See Reverse for Instructions