United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-85 JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

FILED 2006 MAY 30 PM 4:13 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ___  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 5/23/06 |
| 1. Article Addressed to:<br>06-cv-85 (JJF)<br>John Nash Warden<br>FCI Fort Dix<br>federal Correctional Institution<br>P.O. Box 38<br>Fort Dix, NJ 08640 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 6077 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |