IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEROY COLEY, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 06-085-JJF |
| | ) | |
| JOHN NASH, Warden, | ) | |
| and CARL C. DANBERG, Attorney | ) | |
| General of the State of Delaware, | ) | |
| | ) | |
| Respondents | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

Pursuant to Rule 5 of the Rules Governing Section 2254 Actions, respondents file herewith certified copies of the following Delaware Supreme Court documents:

1. Opening Brief and Appendix (No. 11, 2005)

2. Answering Brief and Appendix (No. 11, 2005)

3. Order (Aug. 22, 2005) (No. 11, 2005)

4. Findings of Fact and Conclusions of Law of Superior Court
    (filed Sept. 13, 2005)

5. Order (Oct. 18, 2005) (No. 11, 2005).

                                                                                              **Loren C. Meyers**
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us

July 6, 2006

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on July 6, 2006:

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Leroy Coley
Reg. No. 04183-015
FCI Fort Dix
P.O. Box 7000
Ft. Dix, NJ 08640

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

**Loren C. Meyers**
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us