Leroy Coley #04183-915
FCI Ft. Dix / West 5851
P.O Box 7000
Ft. Dix, NJ 08640

06-85

To: Clerk of Court



Clerk,

The attached front page is showing when I ~~recieved~~ recieved the response on 7/12/06

Date: 7/18/06

Sincerely,
Leroy Coley

CC.

*Correctional Officer R. Wilson*
*Received 7/12/06*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY COLEY, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Civ. Act. No. 06-085-JJF |
| | ) |
| JOHN NASH, Warden, | ) |
| and CARL C. DANBERG, Attorney | ) |
| General of the State of Delaware, | ) |
| | ) |
| Respondents | ) |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Actions, respondents submit the following in response to the petition for a writ of habeas corpus:

1. Dover police stopped Leroy Coley on April 24, 1998 for a traffic violation. Because Coley had no driver's license or other identification, the officer had Coley step out of the car. The officer then patted down Coley for weapons, and a chunk of crack cocaine fell out of Coley's pant leg onto the ground. Police then arrested Coley on drug and motor vehicle charges.

2. A state grand jury indicted Coley in August 1998, charging him with trafficking in cocaine, possession of cocaine with intent to distribute, maintaining a vehicle for keeping or distributing controlled substances, tampering with physical evidence, and improper lane change. A Superior Court jury in October 2004 convicted