Leroy Coley #04183-015
FCI Ft. Dix        5851/West
P.O Box 7000                              C.A. No. 06-85-JJF
Ft. Dix, New Jersey 08640                    98040/8111

To: The Honorable Farnan / Clerk of the Court


   I am writing to inform the court it is
taking up to three weeks to recieve mail
and as of this date I have not recieved
a disposition. If a decision is made on my
case that is not in my favor, I would
like to advise the court I am going to
file for a reconsideration and/or COA.



October 23, 2006

                              Thank You
                              Leroy Coley
                              Leroy Coley

CC:

BD scanned



TRENTON NJ 086

26 OCT 2006 PM 1 T

U.S.M.S.
X-RAY

INMATE NAME: Leroy Cole
REGISTER NO.: 04182-015
HOUSING UNIT: 5857
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

Office of Clerk
United States District Court
844 N. king St., lockbox 18
Wilmington, Delaware 19801-3570

19801+3515 C018