IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LEROY COLEY,  :
     :
      Petitioner,  :
     :
v.  :  Civ. Act. No. 06-85-JJF
     :
JOHN NASH, Warden, and ATTORNEY  :
GENERAL OF THE STATE OF DELAWARE,  :
     :
      Respondents.  :

## ORDER

At Wilmington this 6 day of February, 2007;

IT IS ORDERED that:

No later than February 28, 2007, Petitioner Leroy Coley shall inform the Court in writing if he has exhausted state remedies for Claim Four in his Petition, which alleges that counsel provided ineffective assistance. If Petitioner did exhaust state remedies for Claim Four, he shall attach copies of the relevant Delaware state court judgments. However, if Petitioner did not present his claim of ineffective assistance to the Delaware courts, Petitioner shall include in his statement any cause he may have for failing to exhaust state remedies and any prejudice he has suffered from that failure.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE