IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY COLEY, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-85-JJF |
| JOHN NASH, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

## ORDER

At Wilmington this 6 day of February, 2007;

IT IS ORDERED that:

No later than February 26, 2007, the State shall file with the Court the documents contained in the State Court Record that correspond to the following docket entries in the Superior Court Criminal Docket for <u>State v. Coley</u>, IK98050287 through IK98050291:

1. D.I. 28, Correspondence from Defendant regarding a detainer

2. D.I. 33, Subpoena

3. D.I. 35, Motion to Suppress

4. D.I. 36, Discovery Response

5. D.I. 37, Motion to Dismiss

6. D.I. 39, State's Response to the Motion to Dismiss

7. D.I. 40, Motion to Dismiss Denied

8. D.I. 41, Subpoena

9.  D.I. 42, Case Review relevant to Defendant's Request-Witness/Victim Unavailable

10. Defendant's letter to Kevin Howard, Esquire, re: chain of custody and Police Report

11. D.I. 44, Case Review

12. D.I. 63, Defendant's Letter to Thomas Donovan, Esquire

13. D.I. 64, Defendant's Letter to Thomas Donovan, Esquire

14. DI. 66, Pro-Se Motion for Reduction and/or Modification of Sentence

15. D.I. 67, Defendant's Letter to Thomas Donovan, Esquire

16. D.I. 68, Agreement on Detainers

_____
UNITED STATES DISTRICT JUDGE