# THOMAS R. QUINN
### ATTORNEY AT LAW



TWO PENN CENTER
SUITE 1516
PHILADELPHIA, PENNSYLVANIA 19102
215-568-1300
FAX 215-568-1995

February 27, 2007

Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmingtron, DE 19801

FEDEX DELIVERY

                Re: Coley v. Attorney General, 1:06-cv-85

Dear Judge Farnan:

Your Honor issued an Order dated 2/7/07 in which Petitioner Leroy Coley (pro se §2254 litigant) is asked to show this Court either that a claim either was exhausted show cause and prejudice. I have been approached by Mr. Coley's family and also corresponded with Mr. Coley. I expect to meet with the family later this week and I expect to offer, thereafter, to represent the Petitioner.

I have handled state court matters, pro hac vice, in Kent and New Castle Counties. I am not admitted in Delaware, however, and have no desire to engage in the unauthorized practice of law. I therefore respectfully but informally request an extension of time of two weeks to make the appropriate arrangements to seek admission pro hac vice, if necessary.

Thank you for your attention to this matter. Please note, furthermore, that I tried to telephone the Attorney General's Office and will serve them by FedEx as well.

Respectfully yours,

*Thomas R. Quinn*

THOMAS R. QUINN

cc. Loren C. Meyers, Esquire