IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LEROY COLEY**, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civ. Act. No. 06-085-JJF |
| ) | |
| **JOHN NASH**, Warden, ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General of the State of Delaware, ) | |
| ) | |
| Respondents ) | |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents,[1] as directed in the February 6, 2007 order of the Court (DI 24), submit certified copies of the following Superior Court papers, as held by the Prothonotary of Kent County in *State v. Leroy Coley*, Crim. Act. Nos. IK98-05-0287 through -0291:

1. Dkt. Item 23:  Correspondence regarding detainer.

2. Dkt. Item 35:  Motion to Suppress.

3. Dkt. Item 36:  Discovery Response (notice of service).

4. Dkt. Item 37:  Motion to Dismiss.

5. Dkt. Item 39:  State's Response to Motion to Dismiss.

---

[1] *See* Fed. R. Civ. Pro. 25(d)(1).  On January 2, 2007, Joseph R. Biden, III assumed office as Attorney General of Delaware, replacing Carl C. Danberg, an original party to the case.

6. Dkt. Item 40: Denial of Motion to Dismiss (Motion Calendar Entry).

7. Dkt. Item 42: Case Review Calendar (witness unavailable) (May 12, 2004).

8. Copy of May 14, 2004 letter sent by Leroy Coley to Kevin Howard, Esq. requesting copy of chain of custody and police report.

9. Dkt. Item 44: Case Review Calendar (May 21, 2004).

10. Dkt. Item 63: Copy of December 17, 2004 letter from Leroy Coley to Thomas Donovan, Esq.

11. Dkt. Item 64: Copy of December 16, 2004 letter from Leroy Coley to Thomas Donovan, Esq.

12. Dkt. Item 66: *Pro se* motion for reduction or modification of sentence (dated December 21, 2004).

13. Dkt. Item 67: Copy of December 23, 2004 letter from Leroy Coley to Thomas Donovan, Esq.

14. Dkt. Item 68: Form IX, Agreement on Detainers (Prosecutor's Report on Disposition of Charges) (dated December 27, 2004).

Respondents note that Dkt. Items 33 and 41 are no longer available. According to staff in the Prothonotary's Office, subpoena returns and issuance forms are not retained after disposition of the case.

/s/ **Loren C. Meyers**
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210
February 28, 2007      loren.meyers@state.de.us

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on February 28, 2007:

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Leroy Coley  
Reg. No. 04183-015  
FCI Fort Dix  
P.O. Box 7000  
Ft. Dix, NJ  08640

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

/s/ **Loren C. Meyers**  
Chief of Appeals Division  
Department of Justice  
820 N. French Street  
Wilmington, DE  19801  
(302) 577-8500  
Del. Bar ID 2210  
loren.meyers@state.de.us