IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEROY COLEY, | : |
|       Petitioner, | : |
| v. | : Civ. Action No. 06-85-JJF |
| JOHN NASH, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
|       Respondents. | : |

**O R D E R**

WHEREAS, Thomas R. Quinn, Esquire has filed an informal motion for extension of time to file an application for admission pro hac vice to allow him to represent Petitioner. (D.I. 25.)

IT IS HEREBY ORDERED that:

1. Thomas R. Quinn, Esquire is permitted until April 6, 2007 to enter an appearance on behalf of Petitioner.

2. Regardless of whether Thomas R. Quinn, Esquire actually applies for and obtains admission pro hac vice and subsequently represents Petitioner in this pending habeas proceeding, or whether Thomas R. Quinn, Esquire does not apply for or obtain admission pro hac vice, a response to the Court's Order of February 6, 2007 (D.I. 23.) on Petitioner's behalf shall be filed

no later than **April 9, 2007**.

March 27, 2007                           _____
                                         UNITED STATES DISTRICT JUDGE