Leroy Coley #04183-015
FCI Ft. Dix
P.O. Box 2000
Ft. Dix, New Jersey 08640

Civ. A No: 06-085-JJF

To: CLERK OF COURT

Clerk,
   I am notifying the court of a change of address, see above.

FILED
JUN 13 2007
RGscanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CC:

Leroy Coley

