Civ. C.A. No 06-085-JJF

Leroy Coley #04185-015
FCI Ft. Dix
P.O Box 2000
Ft. Dix, New Jersey 08640

FILED
JUL - 9 2007
RG scanner
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: Thomas R. Quin

Quin,
   Me and/or my family have not heard from you since February. I would greatly appreciate something from time to time to make sure you have not forgot about me.
   I would like to know what you have filed and on what issues. I sent a letter prior to this ~~[scribbled out]~~ and have had no response

6/12/07

Thank you
[signature] Coley

A copy of what sent to lawyer please docket.



CLERK OF COURT
District Court of Delaware
844 N. King St., Lock Box 18
Wilmington, Delaware 19801-3570

INMATE NAME: Leroy Coby
REGISTER NO.: 04188-015
HOUSING UNIT: 5851
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640