Leroy Coley # 04183-015
FCI Ft. Dix / West 5812
P.O Box 2000
Ft. Dix, New Jersey 08640



06cv85JJF
FILED
JUL 30 2007
RG scan

To: THE HONORABLE FARNAN

Honorable Farnan,

My legal work was taken from me at my place of incarceration FCI Ft. Dix. This can really prohibit me from presenting certain facts, exhibits, dates, names, etc---- that are truly necessary in presenting my case, if need be.

I have attached the administrative remedies I have attempted since the occurrence of this activity. I would just like this noted for a matter of record for future reference.

I would greatly appreciate any help you can give me in this matter.

Thank You

7/24/07

CC: Personal File
R. Coley
R. Quinn Esq

FCI Ft. Dix, New Jersey

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9) you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state names of staff contacted.

Date Form Issued and Initials of Correctional Counselor: __QO__ 6/19

INMATE'S COMMENTS:

1. Complaint: Asked Mrs. Hood for secure place to put legal work or authorization to put legal work under bed. I am fighting three cases and already sent home what I could. On 6/19/07 Mrs. Hood threw towels, bed linen, etc. on floor and left it and attempted to take legal work, while I was at work. All was explained to her

2. Efforts made by you to informally resolve: Talked to Mrs. Hood originally and talked to Mrs. Ordonez

3. Name of staff you contacted: Mrs. Hood / Mrs. Ordonez

Date returned to Correctional Counselor: 6/19/07

Leroy Coley   04183-015   6/19/07
Inmate's Name   Reg. No.   Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: _____

Date Informally Resolved: _____   Signature _____
OR                                   Correctional Counselor
Date bp-229(13) Issued: _____      _____
                                     Unit Manager

If complaint is NOT informally resolved, forward original attached BP-229(13) form to the Warden's Secretary.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

REQUEST FOR ADMINISTRATIVE REMEDY

Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: __Coley, Leroy__  __04183-015__  __5812__  __FCI Ft. Dix__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Mrs. Hood threw my bed linen, towel, wash cloth, items on the floor and left it on the floor while I was at work. I had asked Mrs. Hood for a secure place to put my legal work or authorization to put it under my bed. I am fighting three cases. I explained this to her and that I had sent home what I could. She said, "so, deal with it." After review of my legal work I see my papers have been schuffled. Mrs. Hood gave my legal work to another inmate until I came from work.

_____    __Leroy Coley__ (signature)
DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**



_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

FCI Ft. Dix, New Jersey

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9) you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state names of staff contacted.

Date Form Issued and Initials of Correctional Counselor: JO 7/26/07

INMATE'S COMMENTS:

1. Complaint: Mrs. Hood took legal work, read through it while I was not present. made references to certain motions filed, which in turn is denying me access to the courts and missing any dates, exhibits, etc — and/or denial to printing cases in a timely manner.

2. Efforts made by you to informally resolve: Talked to Mrs. Ordonez

3. Name of staff you contacted: Mrs Ordonez / Mr. Wight

Date returned to Correctional Counselor: 7/26/07

Leroy Coley    04183-015    7/26/07
Inmate's Name    Reg. No.    Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: _____

Date Informally Resolved: _____  Signature _____
       OR                          Correctional Counselor

Date bp-229(13) Issued: _____
                                   Unit Manager

If complaint is NOT informally resolved. Forward original attached BP-229(13) form to the Warden's Secretary.

FCI Ft. Dix, New Jersey

ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

INFORMAL RESOLUTION FORM (BP-8)

NOTE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9) you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally and state names of staff contacted.

Date Form Issued and Initials of Correctional Counselor: JD 7/26/07

INMATE'S COMMENTS:

1. Complaint: Mrs Hood is using vindictive/retaliatory act's due to me exhausting my administrative remedies. BP-8 filed on 6-19-07 BP-9 filed on 7-13-07.

2. Efforts made by you to informally resolve: Talked to Mrs. Hood

3. Name of staff you contacted: Mrs. Hood, Mr. Wyatt

Date returned to Correctional Counselor: 7/26/07

Leroi Coley    04153-015    7/26/07
Inmate's Name    Reg. No.    Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: _____

Date Informally Resolved: _____ Signature _____
  OR                                Correctional Counselor

Date bp-229(13) Issued: _____
                                    Unit Manger

If complaint is NOT informally resolved. Forward original attached BP-229(13) form to the Warden's Secretary.

