CA 06-85 JJF

Leroy Coley # 04183-015
FCI Ft. Dix / 5812 West
P.O Box 2000
Ft. Dix, New Jersey 08640

To: THE HONORABLE J.J. FARNAN

HONORABLE FARNAN,
   I am writing in reference to a letter that was suppose to be wrote in Febuary, by my then retained attorney Thomas R. Quinn. You had given Mr. Quinn an extension until April, from what he had told me.
   I was told by my attorney do not worry about writing the letter because he was going to write it. I have not heard from him since, and would like to make sure the letter has made it to the court. Please have something sent verifing the letter has indeed made it to the court.

Thank You

8/28/07



RECEIVED
AUG 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Leroy Coley

INMATE NAME: Leroy Coley
REGISTER NO.: 04183-015
HOUSING UNIT: 5812 West
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
P.O. BOX 2000
P.O. BOX 7000
FORT DIX, NJ 08640

legal

TRENTON NJ 086
29 AUG 2007 PM 4 T

U.S. District Court
The Honorable J.J. Farnan
844 N. King St., Lock Box 18
Wilmington, Delaware 19801-3570

1980183570