OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 7, 2007

TO:  Leroy Coley

  RE:  *Status of CA 06-85*

Dear Mr. Coley:

   This office received a letter from you requesting the status of your case.  At this time, no response letter has been filed with the Court.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                              Sincerely,

/

                              PETER T. DALLEO
                              CLERK OF THE COURT

enc:  Docket Sheet