IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LEROY COLEY,                              :
                                         :
              Petitioner,                :
                                         :
     v.                                  :    Civ. Act. No. 06-85-JJF
                                         :
JOHN NASH, Warden, and ATTORNEY          :
GENERAL OF THE STATE OF DELAWARE,        :
                                         :
              Respondents.               :

**O R D E R**

At Wilmington, this ___17___ day of September, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1.  Petitioner Leroy Coley's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**, and the relief requested therein is **DENIED**.

2.  The Court declines to issue a certificate of appealability because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).


_____
UNITED STATES DISTRICT JUDGE