DISTRICT OF DELAWARE

LEROY COLEY

  Petitioner

V.

ATTORNEY GENERAL

OF THE

STATE OF DELAWARE

CIVIL ACTION No: 1:06-CV-085 (JJF)

JURY TRIAL DEMANDED

FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RESPONSE TO COURT ORDER

COMES NOW, Leroy Coley, pro se, asks the Honorable Court to accept his RESPONSE TO COURT ORDER under Federal Rules Appellant / Civil procedure and any other rules deemed necessary by the court as follows:

1. Petitioner is incarcerated a FCI Ft. Dix, P.O Box 2000, Ft. Dix New Jersey 08640 in a Federal Facility and does not have access to State of Delaware laws, case laws, Rules and procedures, statues, etc.

2. Petitioner was not aware he had to Post-Conviction Relief first due to the lack of state remedies available at his place of incarceration. Petitioner is suffering "undue prejudice" for failing to exhaust state remedies because his claims

1

might not be heard by the District Court and get a "just" decision.

3. Petitioner stated in his response to Respondents why his state remedies were not exhausted and his failure to present an ineffective assistance of counsel. Petitioner also asked for a stay and a chance to go back and file his Post-Conviction, so in a sense the court order was answered in Petitioner's response and should be accepted by the court.

4. Petitioner's ineffective assistance is clear and blatant. Petitioner has wrote letters to the court requesting his attorney for, and to do, numerous things and which were not responded to as stated in Petitioner's initial brief.
Petitioner went to trial so he surely wanted to exhaust any and all remedies, and if he was aware, would of exhausted all of his state remedies available.

5. Petitioner wrote numerous letter's to the court explaining his limited access to the courts on October 26, 2005, November 18, 2005, March 2, 2006

2

and to "Pamela" a paralegal at Superior Court on January 7, 2006, asking for any and all remedies available. Petitioner also also asked for Appointment of Counsel and/or Amicus. (see response to government for exhibits)

### CONCLUSION

Due to Petitioner's failure to exhaust state remedies and file ineffectiveness has infringed on his due process and "fundamental fairness" to Petitioner. Petitioner went to trial, so it is clear Petitioner has intended to exhaust any and all remedies available.

Petitioner wrote numerous letters to the court stating he had no access to Delaware State law, statutes, Rules and Procedures, case law, etc.— and asked for any and all remedies available, which he has shown in his response to the government and was not ever informed or notified.

It is in the "intrest of justice" because of the seriousness of the constitutional violations that have undermined the fundamental legality, reliability, integrity, or fairness of the court" that at a minimal, asks the court to accept his response, put a stay of his §2254 and allow the Petitioner to exhaust his state

remedies and/or grant Petitioner's §2254 and vacate Petitioner's sentence in the "intrest of Justice."

WHEREFORE, Petitioner prays the Honorable Court grant his Petition.

on this 15 day of September

Leroy Coley #94183-015
FCI Ft. Dix
P.O Box 2000 5812 West
Ft. Dix, New Jersey 08640

cc:

4

## CERTIFICATE OF SERVICE

I, Leroy Coley, declare that the foregoing is true and correct under the penalties of perjury.

on this 15 day of September

_Leroy Coley_ #04183-015
FCI Ft. Dix
P.O Box 2000/5812 West
Ft. Dix, New Jersey 08640

CC:



TRENTON N.J.
18 SEP 2007 PM

Leroy Coley # 04183-015
Federal Correctional Institute
P.O. Box 2000 / 5812 West
Ft. Dix, New Jersey 08640

CLERK OF COURT
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 1980-3570

19801+3519 C012