LEROY COLEY

    Petitioner

v.

ATTORNEY GENERAL
OF THE
STATE OF DELAWARE

CIVIL CASE No: 1:06-CV-085 (JJF)

JURY TRIAL DEMANDED

FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT

RO scanned

## PETITION FOR COURT TO ACCEPT RESPONSE TO COURT ORDER

COMES NOW, Leroy Coley, prose, asks the Honorable Court to accept his PETITION FOR COURT TO ACCEPT RESPONSE TO COURT ORDER pursuant to Federal Rules Appellant/Civil procedure or any other rules deemed necessary by the court as follows:

① Petitioner recieved a letter from the court upon the Petitioner's request asking if the court order was answered on April 9, 2007, as ordered by the court by his attorney, Mr. Quinn on September 14, 2007 and was told that his attorney (Thomas R. Quinn) had not responded to the order signed by the Honorable Joseph J. Farnan on March 27, 2007.

2. Petitioner paid the required retainer for (2800.00) Mr. Quinn, in turn, Mr. Quinn filed for "extension of time" on February 7, 2007 and for "admission pro hac vice". Petitioner specifically asked Mr. Quinn if he was going to file the letter and he responded "Yes, and do not file anything further."

3. Petitioner wrote two letters; one dated July 7, 2007 dated June 19, 2007 and one on July 30, 2007 dated July 24, 2007. Petitioner's family has called Mr. Quinn numerous times and have phone records to support it. Petitioner also filed a letter with the Office of Proffessional Responsibility on and is looking to file with the American Bar Association. Petitioner has of yet to hear from Mr. Quinn.

## CONCLUSION

Petitioner asks the court to grant his Petition and to accept his response to the court order due to the "extraordinary circumstances" and "fundamental fairness" to the Petitioner. Petitioner's attorney's ineffectiveness surely infringed on Petitioner's due process and the "integrity of the court."

2

WHEREFORE, Petitioner prays the court grants his petition.

on this 15 day of September

Leroy Oley #04183-015
FCI Ft. Dix
P.O Box 2000 / 5812 West
Ft. Dix, New Jersey 08640

cc:

3

## CERTIFICATE OF SERVICE

I, Leroy Coley, declare under the penalties of perjury that the foregoing is true and correct.

On this 15 day of September

cc:

Leroy Coley
Leroy Coley #04183-015
FCI Ft. Dix
P.O Box 2000
Ft. Dix, New Jersey 08640



Leroy Coley #04183-015
Federal Correctional Institute
P.O. Box 2000 1587 West
Ft Dix, New Jersey 08640

U.S.M.S. X-RAY

Clerk of Court
U.S. District Court
844 N. king St., Lockbox 18
Wilmington Delaware 17801-3570

18 SEP