Leroy Coley # 04183-015
FCI Ft. Dix
P.O. Box 2000 15812 West
Ft. Dix, New Jersey 08640

To: CLERK OF THE COURT (case # 06-085-JJF)

Clerk,
   I am writing in reference to a reconsideration, and a response to a court order I sent the court. I would like to know if the court recieved it, and if so, a disposition on the matter.
   I greatly appreciate your help in this matter

Thank You

1/4/08

cc;



BD scanned

Leroy Caliz #04183-015
Federal Correctional Institute
P.O. Box 2000/5812 West
Ft. Dix, New Jersey 08640

USMS
X-RAY CLERK OF COURT
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-3570

TRENTON NJ 086
08 JAN 2008 PM 3 L

USA FIRST-CLASS FOREVER